**FILED**

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0272

---

PLANNED PARENTHOOD OF MONTANA, et al.

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.

Defendants and Appellants.

---

On appeal from the Montana First Judicial District Court, Lewis & Clark County
Cause No. DDV 2013-407, the Honorable Christopher Abbott, Presiding

---

**GRANT OF EXTENSION**

---

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefore, Appellee is granted an extension of time up to and including December 11, 2023, within which to prepare, serve and file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 12 2023